USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   ANDREA VALENTE DEMPSEY,          :
                                            :
                    Plaintiff,   :
                                            :     **1:21-cv-00816 (ALC)**
       -against-                :
                                          :     **ORDER**
   COMMISSIONER OF SOCIAL      :
   SECURITY,                   :
                                          :
                    Defendant.   :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 29, 2021, Plaintiff moved for leave to proceed *in forma pauperis*. ECF No. 4.

Plaintiff's application is DENIED. *See* 28 U.S.C. § 1915.

**SO ORDERED.**

**Dated:  February 1, 2021**
       **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**